# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RUSSELL WEATHERS,** | : | |
|    Petitioner | : | |
| | : | No. 1:20-cv-1098 |
|    v. | : | |
| | : | **(Judge Rambo)** |
| **KEVIN KAUFFMAN,** *et al.*, | : | |
|    Respondents | : | |

## ORDER

**AND NOW**, on this 25th day of January 2021, for the reasons set forth in the Memorandum accompanying this Order, **IT IS ORDERED THAT**:

1. Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 (Doc. No. 1) is **DENIED**;

2. A certificate of appealability **SHALL NOT ISSUE**; and

3. The Clerk of Court is directed to **CLOSE** the above-captioned case.

                                                s/ Sylvia H. Rambo
                                                United States District Judge